■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW WERNER, Appellant. [895 NYS2d 922]—Appeal from a judgment of the Monroe County Court (Patricia D. Marks, J.), rendered February 20, 2007. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that said appeal is unanimously dismissed

as moot (*see People v Rollins*, 50 AD3d 1535, 1536 [2008], *lv denied* 10 NY3d 939 [2008]). Present—Scudder, P.J., Peradotto, Lindley and Gorski, JJ.